UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

FILED
NOV 13 2014
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONNIE KEITH CIRCLE BEAR,

Defendant.

CR 14-30122

REDACTED INDICTMENT

AGGRAVATED SEXUAL ABUSE BY FORCE and SEXUAL ABUSE OF A PERSON INCAPABLE OF CONSENTING

18 U.S.C. §§ 1153, 2241(a), 2242(2), and 2246(2)(A)

The Grand Jury charges:

COUNT I

On or about the 23rd day of June, 2014, at Eagle Butte, in Indian country, in the District of South Dakota, Ronnie Keith Circle Bear, an Indian, did knowingly cause, and attempt to cause, [Name Redacted] to engage in a sexual act, that is, contact between his penis and her vulva, by the use of force, in violation of 18 U.S.C. §§ 1153, 2241(a) and 2246(2)(A).

COUNT II

On or about the 23rd day of June, 2014, at Eagle Butte, in Indian country, in the District of South Dakota, Ronnie Keith Circle Bear, an Indian, did engage in, and attempt to engage in, a sexual act, that is, contact between his penis and [Name Redacted]'s vulva, when [Name Redacted] was incapable of appraising the nature of the conduct and was physically incapable of declining participation in and communicating unwillingness to engage in a sexual act, when at the time

Ronnie Keith Circle Bear knew [Name Redacted] was so incapacitated, in violation of 18 U.S.C. §§ 1153, 2242(2), 2246(2)(A).

A TRUE BILL:

**NAME REDACTED**

_______________________________
Foreperson

BRENDAN V. JOHNSON
United States Attorney

By _______________________________